UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DANNY WATTS,                                                                          Plaintiff,

v.                                                        Civil Action No. 3:18-cv-144-DJH-CHL

MUTUAL OF OMAHA,                                                             Defendant.

* * * * *

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared.  (Docket No. 16)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

November 27, 2018

**David J. Hale, Judge**
**United States District Court**

1